ACCORDINGLY·

USDC IN/ND case 1:24-mc-00017-HAB   document 2   filed 07/09/24   page 1 of 2

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
5400 FEDERAL PLAZA
HAMMOND, INDIANA 46320

OFFICIAL BUSINESS

-FILED-

JUL 25 2024

At _____ M
Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-

JUL 25 2024

At _____ M
Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

S SUBURBAN IL 604   NEOPOST   FIRST-CLASS MAIL

10 JUL 2024 PM 2 L   07/09/2024   US POSTAGE $000.64⁰



ZIP 46320
041M11465283

RTS

**Matthew Culp Maples**
350 Massachusetts Ave
Suite 300
Indianapolis, IN 46204

NIXIE    462   FE  1    0007/22/24
RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD

BC: 46320184099    *1261-02268-10-46